UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACEY N. THOMPSON,

    Plaintiff,

  v.

PATTY BOYLE,

    Defendant.

Case No. 16-cv-04690-DMR

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

On October 5, 2016, the court dismissed Plaintiff Tracey N. Thompson's complaint and granted her leave to file an amended complaint by October 20, 2016. [Docket No. 12.] The court warned Plaintiff that failure to file an amended complaint by October 20, 2016 could result in dismissal of the action. Plaintiff did not file an amended complaint. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 3, 2016

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TRACEY N. THOMPSON,

    Plaintiff,

v.

PATTY BOYLE,

    Defendant.

Case No.  4:16-cv-04690-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 3, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracey N. Thompson
44 McAllister Street
No. 622
San Francisco, CA 94102

Dated: November 3, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU